# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: T.Z.W.T., A MINOR | : | No. 44 EM 2019 |
| | : | |
| | : | |
| | : | |
| PETITION OF: S.T.W., MOTHER | : | |
| | | |
| IN THE INTEREST OF: T.Q.T.W., A MINOR | : | No. 45 EM 2019 |
| | : | |
| | : | |
| | : | |
| PETITION OF: S.T.W., MOTHER | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to submit the already-prepared Petition for Allowance of Appeal within 5 days.